| Setai Hotel Acquisition, LLC |
|---|

2001 Collins Avenue , Miami Beach, FL 33139
Date of Loss - September 10, 2017
McLarens File # 010.000324.00

**SCHEDULE OF INSURANCE**

|  | PRIMARY LAYER |  |  |
|---|---|---|---|
|  | **POLICY NUMBER** | **CLAIM NUMBER** | **PARTICIPATION** |
| **Westchester Surplus Lines Insurance Company (Chubb)** | D37431849 003 | KY17K2265230 | 100% |
| Attn: David Trippel, Chubb North American Claims |  |  | $10M layer |
| 525 W. Monroe St., Suite 700 |  |  |  |
| Chicago, IL 60661, USA |  |  |  |
| O 312-454-4221   M 312-504-4852 |  |  |  |
| dtrippel@chubb.com |  |  |  |

|  | $15M EXCESS LAYER |  |  |
|---|---|---|---|
| **RSUI/Landmark** | ? | ? | 50% |
| Attn: Wayne Taylor            MOZLEY, FINLAYSON & LOGGINS LLP |  |  | $15M excess of $10M |
| 1050 Crown Pointe Parkway, Suite 1500 |  |  |  |
| Atlanta, GA  30338 |  |  |  |
| (404) 845-1944 Direct |  |  |  |
| (404) 408-7884 Cell |  |  |  |
| wtaylor@mfllaw.com |  |  |  |
| **Ironshore/Liberty** | ? | ? | 50% |
| Attn: Christine Renella            Zelle LLP |  |  | $15M excess of $10M |
| One Southeast Third Avenue |  |  |  |
| Miami, FL 33131 |  |  |  |
| D (786) 693-2353 |  |  |  |
| M (609) 682-0719 |  |  |  |
| CRenella@zelle.com |  |  |  |

|  | $25M EXCESS LAYER |  |  |
|---|---|---|---|
| **AXIS Surplus Insurance Company** | ? | ? | 100% |
| Attn: Mamie Landers |  |  | $10M excess of $25M |
| AXIS Insurance |  |  |  |
| 10000 Avalon Boulevard, Suite 2000 |  |  |  |
| Alpharetta, GA 30009 |  |  |  |
| Direct: +1 678 746 0876 |  |  |  |
| mamie.landers@axiscapital.com |  |  |  |

|  | $35M EXCESS LAYER |  |  |
|---|---|---|---|
| **Everest** | ? | ? | 100% |
| Attn: Robert Horwitz |  |  | $15M excess of $35M |
| rhorwitz@conroysimberg.com |  |  |  |
|  |  |  |  |
| Meg Reid |  |  |  |
| Everest Insurance |  |  |  |
| 100 Everest Way |  |  |  |
| Warren, NJ 07059 |  |  |  |
| (T) 908 604 7505          Meg.Reid@everestre.com |  |  |  |

|  | $50M EXCESS LAYER |  |  |
|---|---|---|---|
| **Scottsdale** | ? | ? | 100% |
| Attn: Bo Williams |  |  | $25M excess of $50M |
| Phelps Dunbar LLP |  |  |  |
| 101 Dauphin Street, Suite 1000 |  |  |  |
| Mobile, AL 36602 |  |  |  |
| Direct: 251-441-8229 |  |  |  |
| bo.williams@phelps.com |  |  |  |

|  | $75M EXCESS LAYER |  |  |
|---|---|---|---|
| **United National** | ? | ? | 100% |
| Attn: Kate Wilkinson |  |  | $25M excess of $75M |
| Global Indemniy Group |  |  |  |
| kwilkinson@global-indemnity.com |  |  |  |

|  |  | Total |  | 600% |
|---|---|---|---|---|

EXHIBIT 2