UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SETAI HOTEL ACQUISITION, LLC,

    Plaintiff,

v.                                                             Case No.: 1:23-cv-20318-RNS

WESTCHESTER SURPLUS LINES INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, LIBERTY SURPLUS LINES INSURANCE COMPANY, AXIS SURPLUS INSURANCE COMPANY, EVEREST INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, and UNITED NATIONAL INSURANCE COMPANY,

    Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESSES

Pursuant to Local Rule 11.1(g), Jason M. Chodos, Esq. and Hayley H. Ryan, Esq. of Zelle LLP, counsel for defendant, United National Insurance Company, hereby notify the Court that their law firm recently changed its address from SunTrust International Center, One Southeast Third Avenue, Suite 1600, Miami, FL 33131 to **110 East Broward Boulevard, Suite 2000, Fort Lauderdale, FL 33301**.  Zelle LLP also recently changed e-mail domains from zelle.com to zellelaw.com.  As such, the undersigned respectfully request the Clerk to update their physical address with the Fort Lauderdale address cited above, and their respective e-mail addresses on file as follows:

    Jason M. Chodos                            jchodos@zellelaw.com

    Hayley H. Ryan                               hryan@zellelaw.com

Dated:  February 2, 2023

        Respectfully submitted,

        ZELLE LLP

By:   <u>s/ Jason M. Chodos</u>
      Jason M. Chodos, Esq. (FL Bar No. 025823)
      jchodos@zellelaw.com
      Hayley H. Ryan, Esq. (FL Bar No. 1032623)
      hryan@zellelaw.com
      110 East Broward Blvd., Suite 2000
      Fort Lauderdale, FL 33301
      Tel.: (786) 693-2351
      Fax: (612) 336-9100
      *Attorneys for Defendant,*
      *United National Insurance Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SETAI HOTEL ACQUISITION, LLC,

    Plaintiff,

v.                                                                                          Case No.: 1:23-cv-20318-RNS

WESTCHESTER SURPLUS LINES INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, LIBERTY SURPLUS LINES INSURANCE COMPANY, AXIS SURPLUS INSURANCE COMPANY, EVEREST INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, and UNITED NATIONAL INSURANCE COMPANY,

    Defendants.
_____/

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                               s/ Jason M. Chodos
                                                               Jason M. Chodos, Esq. (FL Bar No. 025823)
                                                               jchodos@zellelaw.com
                                                                ZELLE LLP
                                                                110 East Broward Blvd., Suite 2000
                                                                Fort Lauderdale, FL 33301
                                                                Tel.: (786) 693-2351
                                                                Fax: (612) 336-9100
                                                                *Counsel for Defendant,*
                                                                *United National Insurance Company*

## SERVICE LIST

### Setai Hotel Acquisition, LLC v. Westchester Surplus Lines Ins. Co., et al.

### Case No. 1:23-cv-20318-RNS

### United States District Court, Southern District of Florida

Allan S. Reiss, Esq.
Levine & Partners
3350 Mary Street
Miami, FL 33133
305-372-1350
Fax: 305-423-3203
*Attorneys for Plaintiff,*
Served via transmission of Notice of Electronic Filing generated by CM/ECF

Elizabeth Salinas, Esq.
Mozley Finlayson Loggins
4767 New Broad Street
Orlando, FL 32814
954-673-0895
*Attorneys for Landmark,*
Served via transmission of Notice of Electronic Filing generated by CM/ECF

A. Grady Williams, IV, Esq.
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
P.O. Box 2727
Mobile, AL 36652-2727
251-432-4481(phone)
251-433-1820 (fax)
*Attorneys for Axis & Scottsdale,*
Served via transmission of Notice of Electronic Filing generated by CM/ECF

William R. Lewis, Esq.
Katelyn Lokuta Wood, Esq.
Butler Weihmuller Katz Craig, LLP
400 North Ashley Drive
Suite 2300
Tampa, FL 33602
*Attorneys for Westchester,*
Served via transmission of Notice of Electronic Filing generated by CM/ECF

Christine M. Renella, Esq.
Jacarri M. Walker, Esq.
ZELLE LLP
110 East Broward Blvd., Suite 2000
Fort Lauderdale, FL 33301
Tel.: (786) 693-2350
Fax: (612) 336-9100
*Attorneys for Liberty Surplus,*
Served via transmission of Notice of Electronic Filing generated by CM/ECF

Alexis D. Lezama, Esq.
Robert S. Horwitz, Esq.
Conroy, Simberg
1801 Centrepark Drive East
Suite 200
West Palm Beach, FL 33401
561-697-8088
Fax: 561-697-8664
*Attorneys for Everest,*
Served via transmission of Notice of Electronic Filing generated by CM/ECF