2154997

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-cv-20318

SETAI HOTEL ACQUISITION, LLC,
A foreign limited liability company,

    Plaintiff,

vs.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, LANDMARK
AMERICAN INSURANCE COMPANY,
LIBERTY SURPLUS LINES INSURANCE
COMPANY, AXIS SURPLUS INSURANCE
COMPANY, EVEREST INDEMNITY
INSURANCE COMPANY, SCOTTSDALE INSURANCE
COMPANY, and UNITED NATIONAL
INSURANCE COMPANY,

    Defendants.
_____/

**DEFENDANT'S RULE 26(a)(1)(A) INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Defendant, EVEREST INDEMNITY INSURANCE COMPANY, makes the following disclosures. These disclosures are based upon information presently available to EVEREST INDEMNITY INSURANCE COMPANY and thus, Defendant reserves the right to amend and/or supplement these disclosures as discovery and investigation continue. These disclosures are made without waiver of any applicable or potentially applicable privilege or work-product protection. By producing information or documents in connection with these disclosures, Defendant makes no representations, admissions or concessions as to the relevance or admissibility of any of the information or documents contained in these disclosures.

**(i)**   The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**Corporate Representative**
**Everest Indemnity Insurance Company**
**C/O undersigned counsel**

**Melanie Petulla**
**Everest Indemnity Insurance Company**
**C/O undersigned counsel**
*Authored correspondence to Plaintiff and/or Plaintiff's representatives.*

**Chris McQueeney**
**Executive General Adjuster**
**McLarens**
**1022 Carolina Blvd.**
**Isle of Palms, SC 29451**

*Assisted with the investigation of the subject claim, inspected the subject property, prepared several reports pertaining to the investigation, and authored correspondence to the Insured and/or the Insured's representatives.*

**Giles Harper**
**Senior Project Manager**
**DBI Construction Consultants, LLC**
*Inspected the subject property and prepared a Building Damage Report.*

**Randy Ison**
**JS Held**
**50 Jericho Quadrangle, Suite 117**
**Jerico, NY 11753**
*Building consultant with knowledge of the cost summaries prepared as it relates to the subject claim.*

**Jeffrey Williams, CPA, MAFF, CGMA**
**Matson Driscoll & Damico, LLP ("MDD")**
**Forensic Accountants**
*Retained to investigate Plaintiff's claimed loss of business income.*

**Aryeh Fraser**
**Plaintiff's Public Adjuster (the "PA")**
**Fraser Property & Adjusting, Inc.**
**16375 NE 18th Ave., Suite 201**
**Miami, FL 33162**
*Public Adjuster retained on behalf of Plaintiff who is expected to have knowledge regarding the claimed damages.*

**Scott G. Nacheman, MSc.Eng., AIA**
**Envista Forensics**
**111 Deer Lake Rd., Suite 100**
**Deerfield, IL 60015**
*Inspected the subject property and prepared a report regarding the alleged scope and extent of damage.*

**Perry Pinto, P.E.**
**Envista Forensics**
**111 Deer Lake Rd., Suite 100**
**Deerfield, IL 60015**
*Inspected the subject property and prepared a report regarding the alleged scope and extent of damage.*

**William R. Browning**
**EBI Consulting**
*Retained by Plaintiff and expected to have knowledge regarding the report prepared.*

**Jerry Pingel**
**EBI Consulting**
*Retained by Plaintiff and expected to have knowledge regarding the report prepared.*

**Richard T. MacAulay**
**EBI Consulting**
*Retained by Plaintiff and expected to have knowledge regarding the report prepared.*

**Kevin M. Baldauf**
**Partner**
**2154d., Suite 200**
**Torrance, California 90501**
**Yvette Jones, P.E.**
*Retained by Plaintiff and expected to have knowledge regarding the report prepared.*

**Partner**
**2154 Blvd., Suite 200**
**Torrance, California 90501**
*Retained by Plaintiff and expected to have knowledge regarding the report prepared.*

**Greenstone Construction, LLC**
**15182 SW 25th St.**
**S. Davie, FL 33326**
*Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

**Helmuh Martinez**
**Associate/Project Manager**
**Cesar Soto**
**Professional Engineer**
**Paramount Consulting & Engineering, LLC**
**6135 NW 167 St., Building E, Suite 1**
**Miami, FL 33015**
*Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

**Ajami Surfaces**
**7860 NW 58 St.**
**Miami, FL 33166**
*Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

**Avast Construction LLC**
**1172 S. Dixie Hwy, Suite 531**
**Coral Gables, FL 33146**
*Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

**Blink Design Group Pte Ltd**
**306 Tanglin Rd.**
**Phoenix Park Office Campus**
**Singapore 247973**

*Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

**C.G. Quality Woodworks Inc.**
**7530 W. 19th Court**
**Hialeah, FL 33014**
*Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

**CitiQuiet Windows and Doors**
**910 Clint Moore Rd.**
**Boca Raton, FL 33487**
*Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

**DS Jordan Construction**
**12555 Biscayne Blvd., #880**
**North Miami, FL 33181**
 *Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

**Everglades Painters Express**
**2141 SW 35th Ave.**
**Ft. Lauderdale, FL 33312**
 *Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

**G2 Logistics and Design Services**
**4800 Hillcrest Lane, Suite 307**
**Hollywood, FL 33021**
 *Retained on behalf of Plaintiff and expected to have knowledge of the repairs.*

 **Co-Defendants:**
   **Westchester Surplus Lines Insurance**
   **Landmark American Insurance Company**
   **Liberty Surplus Lines Insurance Company**
   **Axis Surplus Insurance Company**
   **Scottsdale Insurance Company**
   **United National Insurance Company**

**Discovery is ongoing in this matter; as such, EVEREST INDEMNITY INSURANCE COMPANY, reserves the right to supplemental this disclosure within the Federal Rules of Civil Procedure.**

 (ii)   A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

   **The following documents are in the undersigned's possession:**

   1. **The insurance policy number CA3X000840-171 for the policy period of April 27, 2017 to April 27, 2018;**
   2. **All insurance policies for all other carriers in this matter;**
   3. **Property Loss Notice, dated September 15, 2017;**
   4. **McLarens Report #1, dated October, 10, 2017;**

     5. **Sworn Statement in Final Proof of Loss, dated November 8, 2017;**
     6. **McLarens Report #2, dated November 28, 2017;**
     7. **McLarens Report #3, dated January 4, 2018;**
     8. **McLarens Report #4, dated February 2, 2018;**
     9. **McLarens Report #5, dated February 28, 2018;**
     10. **McLarens Report #6, dated April 6, 2018;**
     11. **McLarens Report #7, dated May 22, 2018;**
     12. **Correspondence to Plaintiff from McLarens, dated May 22, 2018;**
     13. **McLarens Report #8, dated August 10, 2018;**
     14. **McLarens Report #9, dated October 22, 2018;**
     15. **McLarens Report #10, dated October 30, 2018**
     16. **McLarens Report #11, dated January 5, 2021**
     17. **Request for Information correspondence to Plaintiff from MDD, dated January 25, 2021;**
     18. **Correspondence to Plaintiff's Public Adjuster from McLarens, dated March 3, 2022;**
     19. **Envista Forensics' Preliminary Letter Report, Dated March 6, 2021;**
     20. **McLarens Report #12, dated March 8, 2021;**
     21. **JS Held Cost Summary Report;**
     22. **Property Missing/Damaged Report prepared by the Insured;**
     23. **Property Condition Report prepared by Partner, dated December 5, 2014;**
     24. **Property Condition Report prepared by EBI Consulting, dated September 2, 2014;**
     25. **The Insured's Statement of Values; and**
     26. **InterServe Bid for Renovations.**

**(iii)**    A computation of each category of damages claimed by the disclosing party who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

        **Everest is not making a claim for damages.**

**(iv)**    For inspection and copying under Rule 34, any insurance agreement under which any insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

        **Everest's Policy Number CA3X000840-171 for the policy period of April 27, 2017 to April 27, 2018.**

CASE NO. 23-20318-CIV-SCOLA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been served on all Counsel of Record via the Florida E-Filing Portal this  24th  day of  March , 2023.

> CONROY SIMBERG
> Attorney for Everest Indemnity Insurance Company
> 1801 Centrepark Drive East, Suite 200
> West Palm Beach, FL 33401
> Telephone:  (561) 697-8088
> Facsimile:  (561) 697-8664
> Primary Email:  eservicewpb@conroysimberg.com
> Secondary Email:  alezama@conroysimberg.com
>
>
> By:  /s/ Alexis D. Lezama, Esq.
> Alexis D. Lezama, Esquire
> Florida Bar No. 121516
> Robert Horwitz, Esquire
> Florida Bar No. 149454